NICHOLAS J. BYRNE, JR. *v.* MARTIN B. BURKE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 112 Conn. App. 262 (AC 29237), is denied.

*Nicholas J. Byrne, Jr.*, pro se, in support of the petition.

*David P. Atkins, Marcy Tench Stovall, Dawn E. Alderucci* and *David R. Makarewicz*, in opposition.

Decided March 5, 2009

BENITO SOSTRE *v.* COMMISSIONER OF CORRECTION

The petitioner Benito Sostre's petition for certification for appeal from the Appellate Court, 112 Conn. App. 902 (AC 29408), is denied.

MCLACHLAN, J., did not participate in the consideration of or decision on this petition.

*James M. Fox*, special public defender, in support of the petition.

*Sarah Hanna*, deputy assistant state's attorney, in opposition.

Decided March 5, 2009

STATE OF CONNECTICUT *v.* CONSTANTINOS A.

The defendant's petition for certification for appeal from the Appellate Court (AC 29846) is denied.

MCLACHLAN, J., did not participate in the consideration of or decision on this petition.

*James Schultz*, in support of the petition.

Decided March 5, 2009